FILED
2010 NOV -4 P 1: 15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 10 80 267 MISC    VRW

IN THE MATTER OF

Michael B Stone - #160177

_____/

## ORDER TO SHOW CAUSE

It appearing that Michael B Stone has been suspended by the California Supreme Court due to noncompliance with Rule 9.22 for failure to contribute to Child and Family Support, effective October 13, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before December 10, 2010 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Michael B Stone
Attorney At Law
3020 Old Ranch Pkwy Ste 300
Seal Beach, CA 90740