FILED

DEC 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                           No CV-10-80267 MISC VRW

Michael B Stone,
                                            ORDER
    State Bar No 160177
_____/

    On November 4, 2010, the court issued an order to show cause (OSC) why Michael B Stone should not be removed from the roll of attorneys authorized to practice law before this court based on his suspension by the State Bar of California effective October 13, 2010.

    The OSC was mailed to Mr Stone's address of record with the State Bar on October 8, 2010. On December 7 Mr Stone filed a response advising the court of his active status. The California State Bar web site indicates that Mr Stone is on active status as of October 15, 2010, and may practice law in California.

    The OSC is therefore discharged. The clerk is directed to close the file.

    IT IS SO ORDERED.

                                                           VAUGHN R WALKER
                                                           United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

    Michael B Stone

_____/

Case Number: CV10-80267 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael B Stone Esq
3020 Old Ranch Parkway, Ste 300
Seal Beach, CA 90740

Dated: December 23, 2010

                                    Richard W. Wieking, Clerk
                                    By: Cora Klein, Deputy Clerk

                                    *Cora Klein*